UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILIP SUHR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CIVEO CORPORATION, RICHARD A. NAVARRE, C. RONALD BLANKENSHIP, BRADLEY J. DODSON, MARTIN A. LAMBERT, CONSTANCE B. MOORE, CHARLES SZALKOWSKI, and TIMOTHY O. WALL,<br><br>　　　　　Defendants. | §<br>§<br>§　Civil Action No. 4:18-cv-0259<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Philip Suhr ("Plaintiff") voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action (the "Action") against Defendants as moot. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

　　　DATED: May 9, 2018.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas E. Bilek
　　　　　　　　　　　　　　　　　　　　Thomas E. Bilek
　　　　　　　　　　　　　　　　　　　　TX Bar No. 02313525 / SDTX Bar No. 9338
　　　　　　　　　　　　　　　　　　　　**THE BILEK LAW FIRM, L.L.P.**
　　　　　　　　　　　　　　　　　　　　700 Louisiana, Suite 3950

               Houston, TX  77002
               (713) 227-7720

               *Attorneys for Plaintiff*

**OF COUNSEL:**

Juan E. Monteverde
Miles D. Schreiner
**MONTEVERDE & ASSOCIATES PC**
350 Fifth Avenue, Suite 4405
New York, NY  10118
Tel: (212) 971-1341
Fax: (212) 202-7880
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on May 9, 2018, which caused an electronic copy of same to be served automatically upon all counsel of record.

               */s/ Thomas E. Bilek*
               Thomas E. Bilek