United States District Court
Southern District of Texas
**ENTERED**
May 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILIP SUHR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-259 |
| § | |
| CIVEO CORPORATION, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on May 9, 2018 (Doc. 9) this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this 10th day of May, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE